No. 113. PÉREZ *v.* EUGUI & Co.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided January 28, 1907. Appeal dismissed on account of failure to comply with the provisions of sections 50 and 54 of the Rules of this court. *Mr. Eduardo Acuña* for petitioner. *Mr. López Landrón* for respondent.

---

No. 9. EX PARTE RIVERA (*alias*) PANCHITO.—Application for the writ of *habeas corpus.* Decided January 30, 1909. Application denied. *Mr. Coll Cuchí* for petitioner.

---

No. 111. BOTHWELL *v.* SAN JUAN LIGHT & TRANSIT Co.—Appeal from the District Court of San Juan. Application for a peremptory writ of *mandamus.* Decided February 4, 1907. Decision appealed from reversed and the District Court of San Juan ordered to issue alternative writ of *mandamus. Mr. Antonsanti* for appellant. The respondent did not appear.

---

No. 56. THE PEOPLE *v.* VILCHES ET AL.—Appeal from the District Court of Arecibo. Motion to strike out statement of facts from the record. Decided February 7, 1907. Motion overruled. *Mr. Rossy, fiscal,* for petitioner. *Mr. Francisco Lasalle* for respondent.

---

No. 10. EX PARTE SILVA.—Application for a writ of *habeas corpus.* Decided February 8, 1907. Application denied. *Mr. Silva* for petitioner.